UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAWAZ AZIZ YATOOMA,

    Plaintiff,                                  Case No. 14-cv-12090
                                              Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Granting Defendant's Motion for Summary Judgment, and (4) Denying Plaintiff's Motion for Summary Judgment issued on this date, it is ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and the Commissioner's decision is AFFIRMED. This case is hereby DISMISSED in its entirety with prejudice.

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  August 17, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2015, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda
                                                        Case Manager
                                                        (313) 234-5113